IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIA L. DIFRANCESCO**  *Plaintiff* | : CIVIL ACTION :  : NO. 13-4284 |
| v. | : : |
| **A-G ADMINISTRATORS, INC.**  *Defendant* | : : |

# O R D E R

**AND NOW,** this 4th day of September 2014, upon consideration of Defendant's *motion for summary judgment* pursuant to Federal Rule of Civil Procedure 56, [ECF 19], Plaintiff's response in opposition thereto, [ECF 21], the reply, [ECF 22], and consistent with the memorandum opinion filed on this day, it is hereby **ORDERED** that the motion is **GRANTED** and Plaintiff's complaint is **DISMISSED** with prejudice. The Clerk of Court is directed to mark this matter closed.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.